UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATHEW DOUGLAS HARNEY,

        Plaintiff,

    v.

CALIFORNIA PACIFIC MEDICAL CAMPUS, *et al.*,

        Defendants.
_____/

No. C-09-5764 EMC

**ORDER DISMISSING AMENDED COMPLAINT WITH PREJUDICE**

Previously, the Court issued an order in which it granted Plaintiff Mathew Douglas Harney's application to proceed in forma pauperis but dismissed the complaint without prejudice for lack of subject matter jurisdiction. The Court gave Mr. Harney leave "to file an amended complaint over which this Court has subject matter jurisdiction." Docket No. 5 (order, filed on 1/11/2010).

On January 25, 2010, Mr. Harney filed an amended complaint. Having reviewed the complaint, the Court concludes, as it did previously, that there is no basis for subject matter jurisdiction. More specifically, there does not appear to be any federal question alleged in the amended complaint. Rather the thrust of the amended complaint is that Defendants engaged in malpractice and/or acted negligently. As for diversity jurisdiction, that requires that each of the plaintiffs be a citizen of a different state from each of the defendants and that the amount in controversy exceed $75,000. As before, Mr. Harney has not made any allegations as to either his own citizenship or the citizenship of any Defendant.

Accordingly, the Court dismisses the complaint for lack of subject matter jurisdiction. The dismissal is with prejudice. While the dismissal is with prejudice, the Court's ruling does not bar

Mr. Harney from pursuing state remedies such as filing a lawsuit in state court. However, the Court states no opinion regarding, *e.g.*, the timeliness of any such suit.

The Clerk of the Court shall enter judgment consistent with this order and close the file in this case.

IT IS SO ORDERED.

Dated: January 27, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MATHEW D HARNEY,

        Plaintiff,

v.

CALIFORNIA PACIFIC MEDICAL CAMPUS et al,

        Defendant.

Case Number: CV09-05764 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mathew Douglas Harney
290 Divisadero Street
San Francisco, ca 94117

Dated: January 27, 2010

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk